UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                    CASE NO. 08 B 33016
                                                          CHAPTER 13
RAYMOND J FELTMAN SR
NORMA J CHRISTINE FELTMAN                                 JUDGE JACQUELINE P COX

         DEBTORS                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  PHH MORTGAGE CORP

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 5 | 0029365681 | $1,411.39 | $1,561.39 | $1,561.39 |
| Total Amount Paid by Trustee | | | | | $1,561.39 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit        **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-33016-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 24th day of June, 2014.

| Debtor: | Attorney: |
|---|---|
| RAYMOND J FELTMAN SR | EDWIN L FELD & ASSOC |
| NORMA J CHRISTINE FELTMAN | 29 S LASALLE # 328 |
| 2416 187TH PL | CHICAGO, IL  60603 |
| LANSING, IL  60438 | via Clerk's ECF noticing procedures |

| Creditor: | Mortgage Creditor: |
|---|---|
| PHH MORTGAGE CORP | PHH MORTGAGE |
| 2001 BISHOPS GATE BLVD | % FISHER & SHAPIRO LLC |
| MAIL STOP SBRP | 2121 WAUKEGAN RD # 301 |
| MT LAUREL, NJ  08054 | NORTHBROOK, IL  60062 |

ELECTRONIC SERVICE - United States Trustee

Date:  June 24, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603